MICHAEL J. NEDICK
ATTORNEY AT LAW
888 Grand Concourse
Bronx, New York 10451
917-446-5981

nedicklaw@gmail.com                                                                 718-665-9147-fax

April 13, 2022

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 100007

      Re: United States v. Pablo Jaramillo
         21 CR 00639 (PKC)

Your Honor:

      Pablo Jaramillo is scheduled to be sentenced on Tuesday, April 26, 2022. For the reasons set forth herein, we respectfully ask the Court to sentence the defendant to a sentence lower than the 36 months recommended by the Department of Probation.

      Mr. Jaramillo was charged in a one-count information charging him with Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, a violation of 21 U.S.C. Section 846 and 21 U.S.C. Section 841(b)(1)A). On December 15, 2021, the defendant pleaded guilty to the charges. Mr. Jaramillo also admitted to the forfeiture allegation of the information. On March15, 2022 made full payment to satisfy this judgment.

      As noted in the Presentence Investigation Report, the defendant qualifies for relief from the statutory minimum pursuant to 18 U.S.C. Section 3553 (f)(1)-(5). This case represents the defendant's first conviction for a crime. There were no use or threats of violence or possession of a handgun or other dangerous weapon. As such, the actions here did not result in death or serious bodily injury. The defendant was not an organizer, leader, manager or supervisor and was not engaged in a continuing criminal enterprise. Finally, the defendant truthfully provided the government all information and evidence regarding his involvement in this crime.

      One of the more difficult things in life is to admit you have made a mistake of this magnitude. Not only did Mr. Jaramillo admit to this crime before the court, he answered all

questions truthfully in the "Safety Valve" session. While it is true that at first Mr. Jaramillo was hesitant to fully explain his involvement in this crime, he eventually provided the government with an accurate and truthful account of his behavior. It should be pointed out that the drugs involved were not Mr. Jaramillo's, nor did he ever handle any of the drugs. Furthermore, as indicated by the forfeiture judgment, Mr. Jaramillo's gain in this drug distribution conspiracy was $3,000.00, which has been paid.

As reflected in the presentence investigation report, Mr. Jaramillo comes from a stable family, and even though his parents have not been together for many years, they both have done their best to provide guidance and support. His family and friends stand behind him as indicated in the attached letters. His common law wife, Laura Sepulveda is now pregnant with their second child. They have been together since 2016. Mr. Jaramillo has been an involved parent and expresses a desire to be present for the birth of their second child. As Ms. Sepulveda described him, Mr. Jaramillo has been "the perfect father, a caring partner and a good man."

Mr. Jaramillo's involvement in this crime can be described as the worst decision he has ever made. Not a day goes by, where he doesn't express his remorse and regret over what he has done. He realizes the great jeopardy he has placed on his family. I can truly say that I have never represented anyone who has expressed so much shame and embarrassment as Mr. Jaramillo.

On his behalf, I am asking the Court to sentence the defendant to a period of home confinement to be followed by a period of supervised release.

Respectfully submitted,

MICHAEL J. NEDICK

cc: Ashley Geiser, USPO
    AUSA Samuel Rothschild